## Commonwealth *v.* Wood, Appellant.

Submitted December 16, 1975. *Malcolm M. Limongelli*, Assistant Public Defender, for appellant; *John J. Gill, Jr.*, Assistant District Attorney, and *Patrick J. Toole, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.